## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEREK HECTOR RIVERA, | : | Civil No. 1:25-CV-00399 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA ATTORNEY | : | |
| GENERAL'S OFFICE, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

### <u>ORDER</u>

**AND NOW**, on this 14th day of October, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1.  The petition, Doc. 1, is **DISMISSED** without prejudice.

2.  A Certificate of Appealability is **DENIED**.

3.  The Clerk of Court is directed to **CLOSE** the case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania